UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**MODINE MANUFACTURING CO.**,

          Plaintiff,

vs.

**BORGWARNER, INC.**,

          Defendant.

Case No. 2:12-cv-00815-JPS

---

## JOINT RULE 26(F) PLAN

---

Pursuant to this Court's Order of December 28, 2012 and Fed.R.Civ.P. 26(f), Plaintiff Modine Manufacturing Company ("Modine") and Defendant BorgWarner, Inc. ("BorgWarner") submit this Joint Rule 26(f) Plan.

Pursuant to the Court's Order and Rule 26(f), a meeting was held on January 14, 2013 by telephone and was attended by Jonathan H. Margolies and Katherine W. Schill of Michael Best & Friedrich, LLP, counsel for Modine; and Richard W. Hoffmann of Reising Ethington PC and K. Scott Wagner of Hale & Wagner, S.C., counsel for BorgWarner.

Modine alleges that BorgWarner has infringed U.S. Patent No. 8,033,323 ("the '323 patent") by manufacturing, using, offering for sale, and/or selling an exhaust gas recirculation cooler that includes every element of claims 1-27 of the '323 patent. BorgWarner denies infringement and asserts that the '323 patent is invalid. The general subjects of discovery will be the prosecution of the '323 patent, claim construction, the design and development of the commercial embodiment of the '323 patent, the design and development of the allegedly infringing devices, the nature and scope of the prior art, and damages. The parties anticipate that

discovery will require the production of electronically stored information, and will work together to agree on the form of such production.  The parties do not request any change to the limitations on discovery imposed by the rules, or to the timing, form, or requirement for disclosures under Rule 26(a).

Counsel for both parties fully understand and appreciate the Court's docket procedures and the service to the public and litigants the Court's expeditious docket provides.  In light of the Court's December 28, 2012 Order, the parties attempted to create a discovery plan that sets trial by November 1, 2013.  That plan is set forth below.

| | |
|---|---|
| Deadline for initial disclosures and amendments to pleadings | February 13, 2013 |
| Deadline for plaintiff to serve infringement contentions | March 4, 2013 |
| Deadline for defendant to serve invalidity contentions by defendant | March 18, 2013 |
| Date on which parties will exchange disputed claim terms and claim constructions | March 25, 2013 |
| Date on which parties will file simultaneous opening Markman briefs | April 5, 2013 |
| Date on which parties will file simultaneous responsive Markman briefs | April 26, 2013 |
| Deadline for serving expert reports on subjects for which a party bears the burden of proof | June 7, 2013 |
| Deadline for serving rebuttal expert reports | July 8, 2013 or 14 days after Markman decision |
| Discovery cut off (other than expert depositions) | July 22, 2013 [parties to work together in February to set foreign depositions] |
| Deadline to file summary judgment motions | August 2, 2013 |

| | |
|---|---|
| Deadline to file response briefs | September 6, 2013 |
| Deadline to file reply briefs | September 20, 2013 |
| Trial | October 28, 2013 [to be completed by Nov. 1] |

Counsel also jointly propose an alternative schedule given the posture of this case and, in particular, the particular foreign discovery that will be required. The parties are involved in very high level settlement negotiations, including an in-person meeting to discuss the substance of the allegations and defenses. In light of ongoing discussions, Modine agreed to an extension of time for BorgWarner to answer until January 26, 2013, and the parties agreed to a tolling of litigation-based activities through the answer date.

Because discovery, should it become necessary, will not begin until early February 2013, and because witnesses for both parties are located in European countries which are signatories to the Geneva Convention, counsel for both parties respectfully request that this Court add 3 months to its usual schedule, and consider the parties' submission of an alternate schedule premised on a February 2014 trial date rather than the November 1 trial date noted in the Court's Order of December 28, 2012. This will still result in the trial of this matter within approximately 12 months of the answer date.

The submitted schedule does not envision any delays by the parties, and because both parties agree that claim construction issues very well might be dispositive in this matter, the parties have further agreed to an early Markman schedule, with briefing completed by May 17, 2013.

The parties and their counsel all appreciate the Court's consideration of this alternative and respectfully request that the following schedule be entered.

| | |
|---|---|
| Deadline for initial disclosures and amendments to pleadings | February 13, 2013 |
| Deadline for plaintiff to serve infringement contentions | March 4, 2013 |
| Deadline for defendant to serve invalidity contentions | March 18, 2013 |
| Date on which parties will exchange disputed claim terms and proposed claim constructions | March 25, 2013 |
| Date on which parties will file simultaneous opening Markman briefs | April 19, 2013 |
| Date on which parties will file simultaneous responsive Markman briefs | May 17, 2013 |
| Deadline for serving expert reports on subjects for which a party bears the burden of proof | July 12, 2013 |
| Deadline for serving rebuttal expert reports | August 9, 2013 |
| Discovery cut off | September 6, 2013 [parties to work together to set foreign depositions] |
| Deadline to file motions for summary judgment | October 4, 2013 |
| Deadline to file response briefs | November 1, 2013 |
| Deadline to file reply briefs | November 15, 2013 |
| Trial | February 10, 2014 |

Dated this 4th day of February, 2013.

**MICHAEL, BEST & FRIEDRICH, LLP**

By:     */s Katherine W. Schill*
    Jonathan H. Margolies (SBN 1000452)
    jhmargolies@michaelbest.com
    Katherine W. Schill (SBN 1025887)
    kwschill@michaelbest.com
    100 E. Wisconsin Ave., Ste. 3300
    Milwaukee, Wisconsin 53202
    Telephone: (414) 271-6560
    Facsimile: (414) 277-6560

Counsel for Plaintiff, Modine Manufacturing Co.

**HALE & WAGNER, S.C.**

By:     */s K. Scott Wagner*
    K. Scott Wagner (SBN 1004668)
    ksw@halewagner.com
    839 North Jefferson Street, Suite 400
    Milwaukee, Wisconsin 53202
    Telephone: (414) 278-7000
    Facsimile: (414) 278-7590

**REISING ETHINGTON PC**

By:     */s Richard W. Hoffmann*
    Richard W. Hoffmann (MI SBN P-42352)
    rhoffman@reising.com
    PNC Center
    755 West Big Beaver Road, Suite 1850
    Troy, Michigan 48084
    Telephone: (248) 689-3500
    Facsimile: (248) 689-4071

Counsel for Defendant, BorgWarner, Inc.